NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOLD MEDAL PRODUCTS CO.,**
*Appellant*

**v.**

**C. CRETORS AND COMPANY,**
*Appellee*

---

2015-1449

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/000,665.

---

**JUDGMENT**

---

BRETT A. SCHATZ, Wood, Herron & Evans, LLP, Cincinnati, OH, argued for appellant.

STEPHEN E. ARNETT, Perkins Coie, LLP, Seattle, WA, argued for appellee. Also represented by KEVIN ANDREW ZECK, CORBYN J. THORSEN; MICHAEL O. WARNECKE, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* WALLACH and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 12, 2015          /s/ Daniel E. O'Toole
        Date                    Daniel E. O'Toole
                                Clerk of Court